# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL MINCKLER, Derivatively on Behalf of Nominal Defendant NUTEX HEALTH INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS T. VO, JON C. BATES, WARREN HOSSEINION, CHERYL GRENAS, MICHAEL L. REED, SCOTT J. SAUNDERS, KELVIN SPEARS, and MITCHELL CREEM, <br><br> Defendants, <br><br> and <br><br> NUTEX HEALTH INC., <br><br> Nominal Defendant. | Case No.: 4:25-cv-04330 <br><br> **Judge Sim Lake** |

## NOTICE OF FILING OF JOINT UNOPPOSED MOTION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS

PLEASE TAKE NOTICE that, pursuant to Local Rule 7.6, Plaintiff Michael Minckler hereby gives notice of the Joint Unopposed Motion to Consolidate Related Shareholder Derivative Actions and Appoint Co-Lead Counsel for Plaintiffs (the "Motion to Consolidate") filed on October 10, 2025, in the action captioned *Jimenez v. Vo et al.*, Case No. 4:25-cv-04253 (the "*Jimenez* Action"), which is the earliest-filed of the actions sought to be consolidated. A copy of the Motion to Consolidate filed in the *Jimenez* Action is attached hereto as Exhibit A.

DATED: October 14, 2025                    Respectfully submitted,

**RIGRODSKY LAW, P.A**

/s/ Samir Aougab
Samir Aougab
#3930200
1007 North Orange Street, Suite 453
Wilmington, DE 19801
Telephone: (302) 295-5310
Email: sa@rl-legal.com

**RIGRODSKY LAW, P.A.**
Vincent A. Licata
Leah B. Wihtelin
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: vl@rl-legal.com
Email: lw@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Of Counsel for Plaintiff Michael Minckler*