# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JUAN CAMILO JIMENEZ, derivatively on behalf of NUTEX HEALTH INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS T. VO, JON C. BATES, WARREN HOSSEINION, MITCHELL CREEM, CHERYL GRENAS, MICHAEL L. REED, SCOTT J. SAUNDERS, and KELVIN SPEARS, <br><br> Defendants, <br><br> and <br><br> NUTEX HEALTH INC., <br><br> Nominal Defendant. | Case No.: 4:25-cv-04253 <br><br> **Judge Lee H. Rosenthal** |
| MICHAEL MINCKLER, Derivatively on Behalf of Nominal Defendant NUTEX HEALTH INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS T. VO, JON C. BATES, WARREN HOSSEINION, CHERYL GRENAS, MICHAEL L. REED, SCOTT J. SAUNDERS, KELVIN SPEARS, and MITCHELL CREEM, <br><br> Defendants, <br><br> and <br><br> NUTEX HEALTH INC., <br><br> Nominal Defendant. | Case No.: 4:25-cv-04330 <br><br> **Judge Sim Lake** |

## JOINT UNOPPOSED MOTION TO CONSOLIDATE
## RELATED SHAREHOLDER DERIVATIVE ACTIONS AND
## <u>APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS</u>

WHEREAS, on September 8, 2025, plaintiff Juan Camilo Jimenez ("Plaintiff Jimenez") filed a shareholder derivative action on behalf of nominal defendant Nutex Health Inc. ("Nutex" or the "Company") in this Court against defendants Thomas T. Vo ("Vo"), Jon C. Bates ("Bates"), Warren Hosseinion ("Hosseinion"), Mitchell Creem, Cheryl Grenas, Michael L. Reed, Scott J. Saunders, and Kelvin Spears (collectively, the "Individual Defendants," and together with the Company, "Defendants") alleging causes of action for violations of Section 14(a) of the Securities Exchange Act of 1934 ("Exchange Act"), breaches of fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and for contribution against Defendants Vo, Bates, and Hosseinion under Sections 10(b) and 21D of the Exchange Act, captioned *Jimenez v. Vo et al.*, Case No. 4:25-cv-04253 (the "*Jimenez* Action");

WHEREAS, on September 11, 2025, plaintiff Michael Minckler ("Plaintiff Minckler," and together with Plaintiff Jimenez, "Plaintiffs")[1] filed a shareholder derivative action on behalf of nominal defendant Nutex in this Court against the Individual Defendants alleging causes of action for violations of Section 14(a) of the Exchange Act, breach of fiduciary duty, aiding and abetting breach of fiduciary duty, unjust enrichment, and waste of corporate assets, captioned *Minckler v. Vo et al.*, Case No. 4:25-cv-04330 (the "*Minckler* Action," and together with the *Jimenez* Action, the "Related Derivative Actions");

WHEREAS, the Parties agree that the Related Derivative Actions challenge substantially similar alleged conduct and involve overlapping questions of law and fact, and that the administration of justice would best be served by consolidating the Related Derivative Actions;

---

[1] Plaintiffs and Defendants, taken together, are referred to herein as the "Parties."

2

WHEREAS, the Parties further agree that it would be duplicative and wasteful of the Court's and the Parties' resources for Defendants to have to respond to the individual complaints prior to the agreed-upon consolidation;

WHEREAS, the Parties, therefore, respectfully request that the Related Derivative Actions be consolidated for all purposes into a single consolidated action (herein referred to as the "Consolidated Action") pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that Rigrodsky Law, P.A., the resume of which is attached hereto as Exhibit A, and The Brown Law Firm, P.C., the resume of which is attached hereto as Exhibit B, shall be designated as co-lead counsel ("Co-Lead Counsel") for plaintiffs in the Consolidated Action; and

WHEREAS, Defendants take no position regarding the appointment of Co-Lead Counsel for plaintiffs in the Consolidated Action.

The Parties respectfully request that the Court consolidate the Related Derivative Actions and appoint Co-Lead Counsel for plaintiffs in the Consolidated Action pursuant to the following terms:

1. To the extent they have not already been served, the Defendants accept service of the complaints in the Related Derivative Actions.

2. By November 24, 2025 (two weeks before the initial case management conference in the *Jimenez* Action), the Parties will submit a proposed scheduling order to the Court. Defendants are not required to respond to the complaints in the Related Derivative Actions until the date set by the Court in ruling on the proposed schedule.

3. The Related Derivative Actions are hereby consolidated for all purposes, including

pre-trial proceedings and trial, under Case No. 4:25-cv-04253:

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Jimenez v. Vo et al.* | 4:25-cv-04253 | September 8, 2025 |
| *Minckler v. Vo et al.* | 4:25-cv-04330 | September 11, 2025 |

4. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| IN RE NUTEX HEALTH INC. DERIVATIVE LITIGATION | Case No. 4:25-cv-04253 |
| | **Judge Lee H. Rosenthal** |
| This Document Relates to:<br><br>   ALL ACTIONS | |

5. All papers filed in connection with the Consolidated Action will be maintained in one file under Case No. 4:25-cv-04253.

6. Co-Lead Counsel for plaintiffs in the Consolidated Action shall be:

**RIGRODSKY LAW, P.A**
Samir Aougab
Vincent A. Licata
Leah B. Wihtelin
1007 North Orange Street, Suite 453
Wilmington, DE 19801
Telephone: (302) 295-5310
Email: sa@rl-legal.com
vl@rl-legal.com
lw@rl-legal.com

**THE BROWN LAW FIRM, P.C.**
Saadia Hashmi
Timothy Brown
767 Third Avenue, Suite 2501

New York, NY 10017<br>
Telephone: (516) 922-5427<br>
Email: shashmi@thebrownlawfirm.net<br>
tbrown@thebrownlawfirm.net

7. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in the Consolidated Action in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

9. Counsel for all of the Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

10. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as the Consolidated Action, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Nutex Health Inc. Derivative Litigation*, Case No. 4:25-cv-04253, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Nutex Health Inc. Derivative Litigation*, Case No. 4:25-cv-04253, and counsel for the Parties are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions involving Nutex

filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

11. This Joint Motion is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

Respectfully submitted,

DATED: October 14, 2025

**RIGRODSKY LAW, P.A**

*/s/ Samir Aougab*
Samir Aougab
#3930200
1007 North Orange Street, Suite 453
Wilmington, DE 19801
Telephone: (302) 295-5310
Email: sa@rl-legal.com

**RIGRODSKY LAW, P.A.**
Vincent A. Licata
Leah B. Wihtelin
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: vl@rl-legal.com
Email: lw@rl-legal.com

*Counsel for Plaintiff Minckler and*
*[Proposed] Co-Lead Counsel for Plaintiffs*

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Of Counsel for Plaintiff Minckler*

| | |
|---|---|
| DATED: October 14, 2025 | **THE BROWN LAW FIRM, P.C.**<br><br>*/s/ Saadia Hashmi*<br>Saadia Hashmi<br>Timothy Brown<br>767 Third Avenue, Suite 2501<br>New York, NY 10017<br>Telephone: (516) 922-5427<br>Email: shashmi@thebrownlawfirm.net<br>Email: tbrown@thebrownlawfirm.net<br><br>*Counsel for Plaintiff Jimenez and [Proposed] Co-Lead Counsel for Plaintiffs* |
| DATED: October 14, 2025 | **TROUTMAN PEPPER LOCKE LLP**<br><br>*/s Roger Cowie*<br>Roger Cowie<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>Telephone: (214) 740-8614<br>Facsimile: (214) 740-8800<br>Email: roger.cowie@troutman.com<br><br>*Attorneys for Defendants* |